## Mechanics and Traders Savings, Loan and Building Association of Chicago v. Agnes Gilligan et al.

1. Former Case—*Follows the Decisions in the Conservative Building and Loan Association v. Cady, 55 Ill. 469.*

Memorandum.—Appeal from the Circuit Court of Cook County; the Hon. Samuel P. McConnell, Judge, presiding. Heard in this court at the October term, 1894. Reversed and remanded. Opinion filed December 20, 1894

Eastman & Schumacher, attorneys for appellant.

Baker & Greeley, attorneys for appellees.

Mr. Justice Gary delivered the opinion of the Court. While this case differs in detail from Conservative Building and Loan Association v. Cady, 55 Ill. App. 469, there is no difference between the two cases in principle. If that case is rightly decided the decree in this case should be reversed and the cause remanded, with directions to enter a decree in favor of the appellant for the sum of $1,597.24, in accordance with the report of the master to whom the cause

had been referred, with interest thereon at the rate of five per cent per annum, from March 31, 1894, when said report was filed.

The decree is reversed and the cause remanded with directions as stated above.

SHEPARD, J., dissents.